STATE v. LeGRANDE

No. 215A96-7

Case below: Stanly County Superior Court

Motion by defendant pro se for judicial notice dismissed 4 May 2000.

STATE v. LLOYD

No. 43P00

Case below: 136 N.C.App. 232

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 May 2000. Petition by defendant for discretionary review pursuant to G.S. 7A31 denied 4 May 2000.

STATE v. LLOYD

No. 124P00

Case below: Alamance County Superior Court

Motion by defendant pro se for stenographic transcript and trial records denied 4 May 2000.

STATE v. LYNCH

No. 242A93-4

Case below: Gaston County Superior Court

Petition by Attorney General for writ of supersedeas and motion for temporary stay of the judgment of the Superior Court, Gaston County, denied 27 April 2000. Petition by Attorney General for writ of mandamus denied 27 April 2000. Petition by Attorney General for a writ of certiorari to review the order of the Superior Court, Gaston County, denied 27 April 2000.

STATE v. McCLAIN

No. 588P99

Case below: 132 N.C.App. 135

Petition by defendant pro se for a writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 2000.